460 A.2d 1074

**COMMONWEALTH of Pennsylvania**

v.

**Robert W. THOMAS, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1982.
Decided Dec. 29, 1982.
Reargument Denied April 4, 1983.

F. Emmett Fitzpatrick, Philadelphia, for appellant.

Stephen B. Harris, First Asst. Dist. Atty., Doylestown, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Orders affirmed.